FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 22 2021

BY
DEPUTY _____

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
Lufkin                DIVISION

Carla Horton
_____

_____
Name of Plaintiff(s)

vs

Tyson Foods
_____

_____
Name of Defendant(s)

Case Number: 9:21cv127 RC/ZH

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Carla Horton (name of plaintiff), is a citizen of the United States and resides at P.O. Box 73 (street address), Logansport (city) DeSoto Parish (county), La (state), 71049 (zip), 318-401-1772 (telephone).

3.. Defendant, **Tyson Foods**, resides at, or its business is located at **2200 Don Tyson Parkway**, **Springdale**, **Washington**, **AR**, **72762**, _____.
   (name of defendant) (street address) (city) (county) (state) (zip) (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant at **1019 Shelbyville St.**, **Center**, **Shelby**, **TX**, **75935**.
   (street address) (city) (county) (state) (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about **November 6, 2020**.
   (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **June 10, 2021**.
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on **June 16, 2021**.
   (month day, year)

8. Because of plaintiff's (1) ____ race, (2) ✓ color, (3) ____ sex,

    (4) ____ national origin, defendant:

    a. ____ failed to employ plaintiff.

    b. ✓ terminated plaintiff's employment.

    c. ____ failed to promote plaintiff.

    d. ✓ Other defamation of character. I Carla Horton was falsely accused of theft.

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

    I Carla Horton was terminated from my employment at Tyson foods. The termination reason was theft, even though I had not stolen any property, valuables or item from the company that employed me 21 years. This termination stemmed from me voicing my concern for my safety and those around me while covid-19 was at it's highest. A superior of mine disregarded my safety by improperly wearing his mask. It wasn't until I asked if he could pull up his mask was I accused of theft. I strongly feel that because the plant I work at is a majority of caucasians that he felt upset that i brought this concern to light. Discrimination has occurred because if I was not african american I would be still employed ____ ____ checks and future pensions

10. The acts set forth in paragraph 9 of this complaint:

    a. ✓ are still being committed by defendant.

    b. _____ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. _____ Defendant be directed to employ plaintiff.

    b. ✓ Defendant be directed to re-employ plaintiff.

    c. _____ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to *pay unemployment wages or provide payment for sufferage* and that the Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

*Carla Horton*
(Signature of Plaintiff)

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carla Horton<br>Po Box 73<br>Logansport, LA 71049 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2021-03475 | Michael Lightner,<br>Investigator | (346) 327-7675 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Michael Lightner for_     June 16, 2021
Rayford O. Irvin,     (Date Issued)
District Director

Enclosures(s)

cc: Sarah Kalagias
HR Coordinator
TYSON FOODS
2200 Don Tyson Parkway Cp 422
Springdale, AR 72762

TWC- Civil Rights Division
101 East 15th Street
Room 144T
Austin, TX 78778

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2021-03475 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Carla Horton** | Home Phone (Incl. Area Code)<br>**(318) 461-1772** | Date of Birth<br>**1967** |
|---|---|---|
| Street Address City, State and ZIP Code<br>**Po Box 73, Logansport, LA 71049** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**TYSON FOODS** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code)<br>**(936) 598-2727** |
|---|---|---|
| Street Address City, State and ZIP Code<br>**1019 Shelbyville St., Center, TX 75935** | | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address City, State and ZIP Code | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11/6/2020**   Latest: **11/6/2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have worked for the above employer for over 21 years. My last role was working in supply where my duties were to issue out equipment and washing laundry and Cory Johnson was my supervisor. On or about November 6, 2020, my employer had accused me of stealing food from the cafeteria. This is a false accusation made by the day shift cafeteria manager.

During our interaction I expressed to him the need to wear his mask properly for safety reasons. After clocking back into work from my lunch break, I was asked to go to human resources. I was asked to explain my interaction with the manager and provided witnesses to what I had said to him. However, Human Resources Admin Whitney LNU told me that there were three witnesses who had saw me steal and eat fish in the cafeteria. Apparently, the manager had spoke with human resources and lied to them about my action in retaliation of my request that he wear his mask properly. I was told that I was being laid off for three days while they investigate the matter. However, I was never called back to return to work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-10-2021   *Carla Horton*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2021-03475 |
| State or local Agency, if any | | and EEOC |

I called Whitney to inquire about the investigation. She informed me that I was terminated citing the incident described above. This employer's decision and investigation was swift and conducted unproperly. My witnesses were not interviewed nor was my account of the events taken into consideration. This employer has video cameras in that area and could have viewed those as part of their investigation to see that I was being honest, yet they opted to take the word of a manager who was not wearing his mask correctly. Clearly this was in retaliation because of my actions.

I believe that I have been discriminated against by being subjected to retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-10-2021    *Carla Horton*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

