# United States Court of Appeals
# for the Fifth Circuit

No. 21-40863

A True Copy
Certified order issued Mar 28, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Carla Horton,

*Plaintiff—Appellant,*

versus

Tyson Foods,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:21-CV-127

---

Before Elrod, Oldham, and Wilson, *Circuit Judges.*

Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, Plaintiff filed a notice of appeal on November 17, 2021, which failed to identify the order or judgment to be appealed.

    "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final

Case 2:21-cv-00863-MJT Document 105 Filed 04/29/22 Page 2 of 2 PageID #: 100
Case: 21-40863 Document: 00516284347 Page: 2 Date Filed: 04/19/2022

No. 21-40863

due to jurisprudential exception or that has been properly certified as final pursuant to FED. R. CIV. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). Here, an examination of the district court's docket sheet shows no order or judgment that would be appealable. Accordingly, the appeal is DISMISSED for want of jurisdiction.

**Certified as a true copy and issued as the mandate on** Apr 19, 2022

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**